# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| NICOLE MILLS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV425-007 |
| | ) | |
| BRYAN COUNTY SCHOOL | ) | |
| DISTRICT, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties are currently scheduled to appear before the undersigned on June 4, 2026, for a discovery conference. Docs. 43 & 44. Additionally, the parties' motions deadline falls on June 2, 2026. Doc. 31. The parties jointly move to stay "all conferences and deadlines . . . including the dispositive motion deadline" for 60 days to give the parties time to negotiate a resolution of this matter before incurring additional expenses associated with motions practice.. Doc. 45. For the reasons

1

discussed below, the parties' Motion is **GRANTED, in part**, and **DENIED, in part**. Doc. 45.

The Court has broad discretion to stay discovery as part of its inherent authority to control its docket. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). The parties have demonstrated good cause for a brief stay of the motions' deadline to permit time for a potential negotiated resolution. Therefore, the parties' Motion is **GRANTED, in part**. Doc. 45. The motions deadline is **STAYED** through August 3, 2026. Should the parties require an extension of the stay, they must file a motion requesting such relief by that same date. If negotiations are unsuccessful and no stay extension is timely requested, the parties are **DIRECTED** to confer and submit a revised deadline for motions practice no later than August 10, 2026.

The parties have not, however, demonstrated good cause for a stay of their requested discovery conference. Less than 24 hours before their Joint Motion to Stay was filed, Plaintiff represented, with Defendants' consent, that the parties would be able to participate in a discovery conference on "any date June 2-5, 2026." Doc. 42 at 1. Therefore, the Court rescheduled the discovery conference to June 4. Doc. 43. The

parties do not indicate any recently changed circumstances that explain their about-face to now seek a stay of the conference. *See generally* doc. 45. Additionally, discovery has closed in this matter, *see* doc. 37, so, to the extent any discovery disputes exist and relevant discovery may still need to be conducted, *see* doc. 38 at 1-2 (Post-Discovery Joint Status Report), these issues must be resolved promptly. The parties' Motion is **DENIED, in part**, to the extent it seeks to stay the discovery conference. Doc. 45.

    **SO ORDERED**, this 21st day of May, 2026.

_____

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

3